

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00170-CV

_____

IN RE TEAMSTERS LOCAL NO. 997, RICK MIEDEMA, JUSTIN SOUTHERN, TORRI NICHOLS-PARKER, ALBINO SANCHEZ, BRANDON BARTON, LEO CEASAR, III AND HECTOR SILVA-MENDEZ, INDIVIDUALLY AND IN THEIR CAPACITIES AS OFFICERS, TRUSTEES AND AGENTS OF DEFENDANT UNION, Relators

---

Original Proceeding
153rd District Court of Tarrant County, Texas
Trial Court No. 153-351027-24

---

Before Walker, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered: May 2, 2024